E-FILED
Thursday, 12 November, 2015 03:55:08 PM
Clerk, U.S. District Court, ILCD



United States District Court

Central district of Illinois

NOV 12 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Tyler Walker

Plaintiff

v.

Jeffery Korte, John Doe#3, John Doe#4, John Doe#5, John Doe#6, Tara Goins %o Mountain, %o Rine, %o Albert, Sgt Miller, Supervisor Dodds, individually and in their offical capacities

Defendant(s)

Case NO. 15-3318 SD

**Jury trial Demanded**
**Complaint**

## I.  Jurisdiction and Venue

1) This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under Color of the united States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3) plaintiff seeks declartory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and rule 65 of civil procedure.

2) The united States district Court Central district of springfield Illinois is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events of this claim occured.



# Plaintiff

3) Plaintiff, Tyler Walker (State I.D. # R-48002) is and was at all Times mentioned herein a prisoner of the state of Illinois in the Custody of the Illinois Department of Corrections (I.D.O.C) he is Currently Confined in Western Illinois Correctional Center (W.I.I.C) in Mount Sterling Illinois.

# III. Defendant(s)

4) Defendant, Jeffery Korte is the chief administrative officer and warden of Western Illinois Correctional Center W.I.C.C. He is legally responsible for Supervising and enforcing all I.D.O.C. Administrative Directives and for the well being and Saftey of all residents that are under his care at Western Illinois Correctional Center.

5) Defendants, John Doe # 3, John Doe # 4, and John Doe # 5. are each Correctional officers of the I.D.O.C.'s. who, at all times mentioned in this Complaint, held the ranks of a I.DoC. tactical team members and were assigned to W.I.C.C. Their job responsiblities are to Safely restrain, Search inmates persons and Cells and to Safely transport inmates while following all administrative Directives on tactical procedures for the well being and Safety and Security of all persons under their care and authority.



# III.

## Defendant(s)

6) Defendants **Tara Coins** is the Grievance Officer of W.J.C.C. and is responsible for picking up and responding to offenders grievances in a resonable, unbias, and timely manner to help solve any problems at the institutional level when possible and to allow inmates to exhaust administrative remedies when issues are unable to be resolved at a institional ~~level~~ level.

7) Defendant, **John Doe #6** is a Correctional officer of I.D.O.C. who, at all times mentioned in this complaint, held the rank of a tactical team Commander of I.D.O.C.'s tactical team and was assigned to W.I.C.C. his job responsibilites are to designate tactical team members who shall be responsible for positions in a multiple offender cell extraction and to follow all other administrative Directives during this time for the well being and safety and Security of all persons under his Care and authority.

8) Defendants, **% Mountain, % Rine, % Albert,** are each State employees of I.D.O.C. who, at all times mentioned in this Complaint, held the ranks of a Correctional officer (%) and were assigned to W.I.C.C. Their job responsibilities are to De-escalate any and all incidents at W.J.C.C. for the Safety and Security of the institution and for all employees and residents at W.J.C.C.

# III.

## Defendant(s)

9) Defendant Sgt. Miller was a state employee of I.D.O.C. who at all times mentioned in this Complaint, held the rank of a Sergent (Sgt.) and was assigned to W.I.CC. His job responsibilities are to De-escalate any and all incidents at W.I.C.C. for the safety and security of the institution for all employees and offenders at W.I.C.C.

b) Defendants Supervisor Dodds is a state employee of I.D.O.C. who at all times mentioned in this Complaint held the rank of a food supervisor and was assigned to W.I.CC His job responsibilities are to supervise caffetera employees and to prepare and serve the state provided meals to the offenders that are being housed at W.I.C.C.

11)   Each defendant is sued individually and in his and her offical Capacity. At all times mentioned in this complaint each defendant acted under color of state law.

(4)

III

## Facts

12) On (4-12-14)[Date] Plaintiff Tyler Walker was a inmate and ward of the state at Western Illinois Correctional Center (W.I.C.C.)

13) W.I.C.C. consists of four cell houses (R1, R2, R3, R4) with four wings per cell house, a single health care unit and segregation unit for the entire institution.

14) During this time (4-12-14)[Date] plaintiff Walker was being housed in R4, A wing, cell 57. When a institutional wide "Shake-Down" was ordered for W.I.C.C. which various Correctional Center from around the state assembeled their individual tactical teams and were transported in state owned vans, to W.I.C.C. to enact this institutional "Shake-Down".

15) To enact a institutional wide "Shake-down" W.I.C.C. is placed on "lockdown" and all offenders are confined to their cells untill the entire institution is searched for contraband. The ~~IDOC~~ I.D.O.C. tactical team then systematicly enters each wing of a given cell house, restrain each individual resident with handcuffs and escort them to a different location. Then, return to the residents cells to search for contraband.

(5)

# Facts

16) I.D.O.C. tactical team members are not required to display name tags and/or badges during this time, hindering their indentification. Upon information and belief, they can be identified by institutional records that the Plaintiff is not allowed access to.

17) On (4-12-14) [Date] Plaintiff Walker was Complying with the institutional "Shake-down". When the I.D.O.C. tactical team Known as "Orange Crush" arrived at R4.

18) John Doe #1 arrived at Plaintiff Walkers Cell, ordered Walker and his Cellmate Jemmie Mandoza to grab their state blues and shoes and begin stripping for a inspection of inmates persons.

19) While plaintiff ~~Walk~~ Walker was Complying with these orders at the front of the Cell Mandoza, Walkers Cellmate was getting his state blues ready for inspection at the back of the Cell under the Supervision and control of John Doe #1

20) During this time John Doe #2, another member of the tactical team was standing behind John Doe #1 and ordered Mandoza to stop what he was doing and face the back of the Cell.

21) Almost immediately and without a opportunity to respond and only given one direct order numerous tactical team member entered the Cell and engaged Mandoza. (See Exhibit A)

(6)

## Facts

22) Since plaintiff Walker was complying, he was placed with his head down next to the toilet and told to be calm and stay compliant and he would not go to segregation.

23) This was done while Walker was complying with a strip search. As a result Walker wasn't wearing shoes or socks.

24) Walker was then placed in wrist restraints by defendants John doe #3 and John doe #4. And aggressively pulled the plaintiff from his cell without reason and without socks and shoes.

25) Once outside of R4 housing unit, still in wrist restraints and complying John Doe #3 and John Doe #4 ripped Walkers pants and underwear off his person exposing his genitals to male and female staff.

26) Walker began pleading to the defendants John Doe #3 and John Doe #4 asking them why were they doing this, and stating he had done nothing wrong.

27) Defendants John Doe #3 and John Doe #4 began laughing in a sadistic manner and told Walker to "shut his naked ass up" and threatened to spray Walker with mace if he said another word.

(7)

## Facts

28) John Doe #3 and John Doe #4 then forcefully bent Walker over at the waist, forcing his head between his legs and abusively pulling his handcuffed arms behind his back toward the sky.

29) While still in this position, John Doe #3 and John Doe #4, then forcefully and aggressively began to walk plaintiff Walker to segregation alternating walking him backwards and forwards for short intervals of distance.

30) As a result of being forcefully and aggressively walked in this postison walker was unable to keep pace with John Doe #3 and John Doe #4 and repeatedly fell to the ground.

31) Every time walker would fall to the ground, John Doe #3 and John Doe #4 would abusively drag walker, naked, down the cement walkway tearing the skin off the tops and bottoms of his feet and ankels, exposing the raw flesh to an acute infectious disease that is often fatal, caused by a specific toxin of bacillus called (Colstirium tetani) this required walker to be administered a tetanus shot. (see Exhibit E)

32) Walker was subjected to this unnecessary malicious abuse across the entire compound while restrained and naked. Upon information and belief, this distance was over a quarter mile.

(8)

# Facts

33) During this time of abuse, John Doe #5 was standing outside of the gym about half the distance from R4 to Segregation. Defendant John Doe #5 stepped in front of Walker and started walking backwards while digging his fingers into the preasure points behind Walkers ears. Upon information and belief Cameras mounted to academic and administration building that are recording 24 hours a day 7 days a week will show these facts as true.

34) Plaintiff Walker began pleading and crying out to please stop and that he was bleeding and in severe pain, to all three defendants John Doe #3, #4, #5.

35) John Doe #5 then took out his mace and began to shake it and told Walker, " to shut his mouth or he was going to get sprayed with mace."

36) Realizing that his pleading was going to cause him more pain and suffering Walker complied, so he would not be maced while in restraints. John Doe #5 participated in this unnecessary force for a few hundred feet while John Doe #3 and John Doe #4 finished dragging Walker naked and still in restraints the rest of the way to Segreggation.

# III.

## Facts

37) Once in segregation nurse steel was dispatched to treat Walkers injuries. Nurse Steel viewed the extent of the plaintiffs Injuries and found the injuries grievous enough to transfer the plaintiff to the health care unit. While in health care Walkers injuries were cleaned and bandaged to stop the bleeding and he recieved a tetanus shot. (see Exhibit E) while being treated, nurse steel asked Walker, "if he was the inmate that was being drug without pants on." Walker said, "yes, and explained that he didn't do anything to deserve it and that he had told the officers they were hurting him.

38) The plaintiffs injuries had to be cleaned, bandaged, and checked for infection for 2 weeks after the initional injury, but it was only documented once in his medical file. Upon information and belief, movement records will show that Walker was taken to health care several times shortly after (4-12-14).

39) While in segregation walker en countered numerous other inmates from W.I.C.C. that had been abused and physically injuried by the "orange crush" tactical team during their ~~week~~ week long shake down of W.I.C.C.

(10)

## III.

## Facts

40) Upon information and belief, defendants, Jeffery Korte and John Doe #6 were present and in charge of assigning tactical team members to enforce administrative directives on multipal offender cell extractions and that all tactical cell extractions be video taped for the safety of all persons invoved (see Exhibits B,C,D)

41) Upon information and belief, it will show that these directives were violated the entire week long "shake down" of W.I.C.C. even after several grievances and physical injuries caused, because of the violations of these directives.

42) As a result of the events of physical abuse and subjection to a leathal bacillus and the cruel and unusual punishment of being drug naked in view of female staff and anyone else present at the time. The plaintiff has experienced severe anxiety, anger, and stress that he has to be administered (60mg) of (Prozac) every day and has to to visit a clinical psychiatrist every couple of weeks to help stabilize his severely damaged mental state.

43) Walker has been subjected to several accounts of retaliation aginst him since reporting the events referred to in this complaint.

44) These defendants are %o Rine, %o Albert, food supervisor Dodds, %o Mountain (see Exhibits J,K,L,M,N,O). Walker filed grievance on these issues.

(11.)

# Facts

45) These events led to defendant Sgt. Miller, to make false accusations of staff assult (later found untrue) that caused plaintiff walker to attempt to take his own life by attempting suicide because of the constant harrasment and subjection to this cruel and unusual punishment on a daily basis. (see Exhibit P)

46) All of these dates on the grievances will show the progression of retaliation and false displinary accusations. Mental health records will also correspond with these dates that led to the plaintiffs attempt on his ~~own~~ own life.

47) Upon information and belief, video tapes from the cell houses and dinning hall during the times of these events will corroborate the facts stated in the grievances and prove the false accusations of staff assault.

# IV.

# Exhaustion of Remedies

48) Plaintiff Walker used the grievance procedure, as outlined in the inmate orientation manual. While in segregation to report the abuse that occured on (4-12-14) but the grievance was never responded to.

49) After allowing defendant Tara Goins adequate opportunity to respond to the plaintiffs grievance as well as numerous written requests asking for a response to said grievance, plaintiff Walker requested the assistance of social worker Debbie Webb who submitted an additional grievance reporting abuse to the plaintiff. Debbie Webb filed this grievance on 5-28-14. (See Exhibit F) This ~~also~~ grievance also wasn't responded to.

50) Walker also submitted a copy of this grievance on 6-3-14 when he was in RI, (see Exhibit G) This grievance was deined claiming that it did not meet the 60 day deadline because she didn't recieve the grievance until 6-19-14. When the rules clearly state it is when a offender __Submits__ a grievance not when the grievance officer __receives__ the grievance. and the dates of submittion are clearly before the 60 day deadline. (See Exhibit H)

51) Walker recieved this response on 6-24-14 and sent his appeal to the administrative review board. The review board also deined Walker's grievance for these reasons (See Exhibit I)

(13)

## IV.

# Exhaustion of Remedies

53) Upon information and belief, Since Defendant Goins has been in her place of authority at W.I.C.C. it will be proven that defendant Goins has violated procedures for post deprivation remedies on several occations to Keep inmates from Exhausting their remedies which are required to take action for violations to their Constitutional rights.

54) Due to several attempts to exhaust administrative remedies, including haveing another state employee file his grievance for him. plaintiff Walker feels he has exhausted his remedies to the best of his abilities.

V.

## Causes of Action

Count I

55) Plaintiff reallege and incorporate by reference paragraphs (1-54)

56) Defendants John Doe #3 and John Doe #4 violate the plaintiffs **Eighth Amendment** rights by using ecessive force against plaintiff Walker by dragging the plaintiff while he was restrained and naked for a sigginficant distance, subjecting him to a fatal infectious bacillus and causing physical injury by tearing the skin off the plaintiffs feet and ankels exposing raw flesh and maliciously and sadicticly laughing and ripping the clothes of the plaintiffs person without a legitimate security reason.

Count II

57) Plaintiff reallege and incorporate by reference paragraphs (1-54)

58) Defendants John Doe #3 and John Doe #4 violated plaintiff Walkers **Fourth Amendment** right by stripping the clothes off the plaintiffs person without a legitimate security need in a unsanitary enviroment in a humiliating and degradeing manner by forcing the plaintiff to display his genitals outside the privicy of his cell on the walkway in veiw of female staff. The defendants actions caused and continues to cause the plaintiff pain, suffering, physical injury and emotional distress.

(15)

✓₃

# Causes of Action

## Count III

59) Plaintiff realleges and incorporate by reference paragraphs (1-54)

60)        Defendant Tara Goins violated plaintiff Walkers ~~Fourteenth Amendment~~ Due process rights by depriving him his liberty of his first amendment rights ~~☒~~ to access to the Court by acting deliberately indifferent to several attempts to use the institutions post deprivation remedy procedures including haveing another state employee file his grievance for him before his deadline expired, which is required to take Civil action for the violations of the plaintiffs eighth amendment rights that caused him physical injury which are adressed in this complaint.

## Count IV.

61) Plaintiff realleges and incorporate by reference paragraphs (1-54)

62) Defendant Goins also violates plaintiff walker **Eighth Amendment** right to be free from cruel and unusual punishment by acting deliberately indifferent to the plaintiffs attempts to use the institutions post deprivation remedy procedures to hold the officers accountable for the violations of the Plaintiffs Eighth amendment rights that were clearly stated in his grievance. The defendants indifference caused and continues to cause the Plaintiff Pain, Suffering, physical injury and emotional distress.

(16)



V.

# Causes of Action
## Count.V.

63)    Plaintiff realllege and incorporate by reference paragraphs (1-54)

64)   Defendants %o Mountain, %o Rine, %o Albert, Sgt. Miller, and food supervisor Dodds each violate the plaintiffs **First Amendment** right by "Campaign of harassment" by retaliating aginst the plaintiff in the time directly following the plaintiffs grievance for post deprivation remedies for the violations to his eighth amendment right to be free from cruel and unusual Punishment. which caused the plaintiff pain, suffering, physical injury and emotional distress that is being adressed in this complaint.

## Count.VI.

65)   ~~P~~ Plaintiff realllege and incorporate by reference paragraphs (1-54)

66)   Defendants %o Mountain, %o Rine, %o Albert, Sgt. Miller, and food supervisor Dodds each violate the plaintiffs **Fourteenth Amendment** Due process right by violating the plaintiffs constitutionaly protected first amendment to access the court, by causing the plaintiff significant hardship in relation to ordinary incidents of prison life by "Campaign of harassment" in order to keep the plaintiff from takeing civil action and attempting to access the court for a violation to his Eighth Amendment right that is being addressed in this complaint that caused and continues to cause the plaintiff pain, suffering, physical injury and emotional distress.



(17)

V.

## Causes of Action



Count. VII.

(67)  Plaintiff reallege and incorporate by reference Paragraphs (1-54)

68)  Defendant Korte violated the plaintiffs **Eighth Amendment** by acting deliberately indifferent and not enforceing the I.D.O.C.'s administrative directive, on video tapeing tactical procedures. Which were created because of previous problems with tactical team members following those directives and causing physical injury to inmates who they were restraining with excessive force.

69)  Defendant Korte was also deliberately indifferent to several grievances and physical injuries that were caused to numerous offenders before the violations that were committed agsinst plaintiff Walker. And chose not to remedy the situation which caused the plaintiff pain, suffering physical injury and emotional distress.

(18)

V.

<u>Causes of Action</u>

Count. VIII.

70) Plaintiff reallege and incorporate by reference Paragraphs (1-54)

71) Deffendant  John Doe #6  Violated  the  plaintiffs  **Eighth Amendment** by acting  deliberately indifferent and not training tactical team members he was responsible for on the proper procedures of transporting a inmate while restrained that caused the plaintiff physical injury.

72) Deffendant John Doe #6 also violated the plaintiffs Eighth amendment by acting deliberately indifferent by being present during and not enforcing administrative directives on video tapeing tactical procedures which were created because of previous problems with tactical team members following these directives and causing physical injury by using excessive force.

(19)

V.

# Causes of Action

## Count. IX.

73)    Plaintiff realllege and incorporate by reference paragraphs (1-54)

74)    Defendant  John Doe #5 violated plaintiff Walkers **Eighth Amendment** right to be free from cruel and unusual punishment by witnessing defendants John Doe #3 and John Doe #4 illegal action and ~~failing~~ failed to correct that misconduct and encouraged the continuation of the misconduct by engaging in the misconduct.

75)    Defendant John Doe #5 also violates the plaintiffs Eighth Amendment by maliciously and sadisticly digging his fingers into the plaintiffs preasure points while walker was already restrained and not violating any prison rule or acting disruptivelly. The defendants actions caused and continues to cause the plaintiff pain, suffering, physical injury and emotional distress.

76)    The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which the plaintiff seeks.



(20)

# VI.

# Prayer for Relief

WHEREFORE, plaintiff respectfully prays that this Court enter judgment granting plaintiff:

15) A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

16) A preliminary and permanent injunction ordering All Defendants to refrain from retaliating against the Plaintiff and to assign the plaintiff a single cell for his protection against the administration placeing Dangerous and aggresive offenders in the plaintiffs cell in order to create hostile situations.

17) Compensatory damages in the amount of $20,000.⁰⁰ against each defendant, jointly and severally.

18) Punitive damages in the amount of $10,000.⁰⁰ against each defendant.

19) A Jury trial on all issues triable by jury

20) Plaintiffs Costs in this Suit

21) Any additional relief this Court deems Just Proper and equitable.    Date: 11-9-15

Respectfully Submitted,

(21)

Tyler Walker (R-48028)

W.I.CC.
2500 Rt. 99 South.

VI.

## <u>Prayer for Relief</u>

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that foregoing is true and correct.

Executed at                                        Date: 11-9-15

Signature: _Tyler Walker_

Tyler Walker

(22)