# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 7-11-14    **Offender:** (Please Print) Tyler Walker    **ID#:** R-48022

**Present Facility:** Mt. Sterling C.C.    **Facility where grievance issue occurred:** Mt. Sterling C.C.

### NATURE OF GRIEVANCE:
- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-8-14 During dinner around 4:00 pm I recieved my trey from the kitchen worker and was walking to my seat in the chow hall. When I herd someone yelling very aggresively behind me. I turned around to see what was happening when "food superviser Dodds" snatched my trey out of my hands and walked over to the garbage and threw it away very hard into the trash. I looked at him and asked what is going on. "Dodds" said, "your cake was to big!" next p. →

**Relief Requested:** _____

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Tyler Walker_    **Offender's Signature**    R-48022    7/11/14
(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** 7/17/14    [x] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Dodd's DENIES ANY UN PROFESSIONAL ACTIONS, COMMENTS, OR BEHAVIORS TOWARDS THIS RESIDENT ON THIS DAY OR ANY OTHER. XXX

VAN STRIEN    **Print Counselor's Name**    _Van St_    **Counselor's Signature**    8/4/14    **Date of Response**

### EMERGENCY REVIEW

**Date Received:** ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED AUG 6 2014 GRIEVANCE OFFICE

**Chief Administrative Officer's Signature**    ___/___/___ Date

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)



Exhibit K

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

I then said, "that isn't aginst the rules is it?" "Dodds" then said, in a threatening manner, "Do you want to keep talking?, I can do worse. I just got my new trey and walked away. The next day on 7-9-14 During lunch around 12:00 pm I was sitting at a table in the chow hall, waiting to be called back to school, when "Dodds" calls me to the front of the chow hall next to the dish room, and asks me for my I.D. I took my I.D. off and gave it to him and asked, "what did I Do wrong?" "Dodds" stated, internal affairs wanted me to get your name and number, for what happened at chow last night. I then said, "for what?" "because my cake was to big." "Dodds" then agin said, "Keep talkin" in a very threatening manner. I said, "what do you mean?" "You called me up here, I didn't say anything to deserve this harassment. "Dodds" then stated, you had two pieces of cake not one. I then asked, even if that is true, [which it wasn't] how is that my fault? "I didn't put the cake on the trey?" the kitchen worker did.
   After this exchange I couldn't believe what was happening so I decided to walk over to the window where LT. Smith was standing and make him aware that Dodds was harrassing me and trying to bait me into a conflict. Agin this is blatant harassment and retaliation from staff at this institution.

This will be filed when I am able to make copies for my file.

Signature
Notary Public _____


Exhibit K

# DECLARATION

Pursuant to 28 U.S.C. 1746 I. Declare the following statement is true and factual:

I _Steven Miller_, was incarcerated at Western Illinois Correction Center on _7-8-14_ Date. I WAS A TRAY HANDLER THAT DAY WORKING IN THE SERVING LINE WE WHERE SERVING CHICKEN AND CAKE. I CAN [?] THE SUPERVISOR DODDS' UNPROFESSIONAL ACTIONS ON DATE ABOVE



Pursuant to 28 U.S.C. 1746, I Declare under Penalty of Perjury the enclosed statement is true and factual. I was not bribed, forced, threatened, or paid to make this Declaration. If called I will testify, and state the same.

Date: 2-19-15

Signed: Steven Miller

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| | | |
|---|---|---|
| Date: 7-11-14 | Offender: (Please Print) Tyler Walker | ID#: R-48022 |
| Present Facility: MT. Sterling C.C. | Facility where grievance issue occurred: MT. Sterling C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  Date of Report  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-9-14 I was housed in 4-D-66 when breakfast was called around 5:00 AM. During which time I began walking to the front of the wing tucking my shirt in, which was tucked in way before I reached the wing exit. During this time "major Barfield" and another unknow officer was standing at the door of the wing, holding the door open. As I walked passed them into the bubble, before I got to the door exiting the house over →

**Relief Requested:** ① I want the officers held accountable for what they have done. ② I want to be transferred to a safer institution, with school so I can better my life.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: _Tyl Wal_   ID#: R-48022   Date: 7,11,14

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 7,17,14   [x] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: C/O ALBERT DENIES ANY UNPROFESSIONAL ACTIONS, COMMENTS OR BEHAVIORS TOWARDS THIS RESIDENT ON THIS DATE OR ANY OTHER. XXX

Print Counselor's Name: VAnSTRIEN   Counselor's Signature: _VanStn_   Date of Response: 8,4,14

---

### EMERGENCY REVIEW

Date Received: ___/___/___   Is this determined to be of an emergency nature? [x] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED AUG 6 2014 GRIEVANCE OFFICE

Chief Administrative Officer's Signature   Date ___/___/___

Distribution: Master File; Offender   DOC 0046 (8/2012)


Exhibit M

C/O Albert who was in the bubble control room banged on the window and yelled out of the port hole, "do you want me to pull my pants down and tuck my shirt in?" I asked, "what kind of a question is that?" "C/O Albert" then asked agin, "well, would you?" I then stated, "To be honest I really would care to much." C/O Albert then said, "Go lock up then "dumbass!" I then asked, I can't go to chow." "Albert" then said no! you weren't ready. Then Major Barfield walked over and I told him that "Albert" said, for me to lock up, but I want to go to chow. "Barfield" then said, "it is his wing." I then said but you know I was ready before I came off the wing, because you were standing at the door, when I walked by. "Barfield" then stated, "I know, but you still need to go lock up. So I went back to my cell and locked up without breakfeast. This is aginst the law to deny people a meal and It happens all of the time here, without consiquence to the officers violating these laws. I don't feel safe here. The constant harassment and violations to my consitutional rights is unberable. Please help me.

This will be filed when I am able to make copies for my file

Signature
Notary Public _____


Exhibit M

①

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 7-25-14  Offender (Please Print): Tyler Walker  ID#: R-48022
Present Facility: Mount Sterling C.C.  Facility where grievance issue occurred: Mount Sterling C.C.

**NATURE OF GRIEVANCE:**
- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: __/__/__
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
 Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
 Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
 Chief Administrative Officer, only if EMERGENCY grievance.
 Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-12-14 I was on the walk coming back from the chow hall, when I said, "whats up" to officer Mountain on the walk. C/O Mountain then said, "whats up walker, you are becoming well known around here." I replied, "why do you say that?" Mountain then states, "because you like to run your mouth." I replied, "what do you mean run my mouth?" Mountain says, "you know what I mean, but thats O.K. we will be seeing you." This was said in a very → next P.

**Relief Requested:** _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Tyl Wal  ID#: R-48022  Date: 7, 25, 14
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: __/__/__
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name: _____  Counselor's Signature: _____  Date of Response: __/__/__

**EMERGENCY REVIEW**

Date Received: __/__/__  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: _____  Date: __/__/__

Distribution: Master File; Offender   Page 1   DOC 0046 (8/2012)

---

N

"This grievance was never responded to"

\* see back side also



Exhibit N

threatening manner.

I then replied, "thats crazy man, because I don't disrespect any of you officers.

Mountain then states, "Thats what I mean, just shut your mouth."

I then replied, "what do you mean, you are the one who brought this up, I was just responding."

Mountain then says, "Keep talking I'll be seeing you!" agin in a very threatening manner. I also have written statements from several inmates that herd these threats. This is blatant retaliation for writing grievances about what has been happening to me at this institution. I have been physically abused and verbally threatened numerous times. I Don't feel safe from further retaliation. [The officer Mountain that threatened me is not the officer that works in 4 house most of the time.] It is the c/o Mountain that has glasses.

Relief Requested: ① I would like to be transferred to another institution where I can continue to go to school and try and better my life.

This will be filed as soon as I am able to make copies for my file.

# DECLARATION

Pursuant to 28 U.S.C. 1746 I Declare the following statement is true and factual:

I **JOSH SMITH**, was incarcerated at Western Illinois Correction Center on **7-12-14** Date.

I WAS WALKING BACK FROM CHOW AND OVERHEARD C/O MOUNTAIN USE A THREATENING TONE TO TYLER WALKER. MOUNTAIN TOLD TYLER THAT HE WOULD BE SEEING HIM SOON. TYLER ASKED WHERE THAT IS COMING FROM. MOUNTAIN SAID HE KNOWS HOW TO DEAL WITH PEOPLE WHO MESS WITH PEOPLE WHO ARE CLOSE TO HIM. TYLER QUESTIONED HIM ABOUT THIS AND MOUNTAIN SAID, "KEEP RUNNING YOUR MOUTH. I'LL BE SEEING YOU, WALKER".

Exhibit O

Pursuant to 28 U.S.C 1746, I Declare under Penalty of Perjury the enclosed statement is true and factual. I was not bribed, forced, Threatened, or Paid to make this Declaration. If called I will testify, and State the same.

Date: 7-24-14

Signed: J. Smith

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Disciplinary Report

Date: 11-11-14

**Type of Report:** ☒ Disciplinary ☐ Investigative

Facility: [illegible]

Offender Name: Walker, Tyler    ID #: R48022

Observation Date: 11-11-14    Approximate Time: 7:00 ☐ a.m. ☐ p.m.    Location: R-4 D Wing

**Offense(s): DR 504:** 102-Assaulting any Person, 308-Contraband/Unauthorized Property, 403-Disobeying a Direct Order

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On the above date and approximate time the above I/m who was out on R-4 D wing for med line Disobeyed Direct Orders from this Sgt. to give up the altered "T" shirt (sleeves cut off) that he was wearing. When the above I/m finally took off the altered "T" shirt he threw it into this Sgts. face. The above I/m was identified as Walker, Tyler R48022 by his IDOC inmate I.D. card and the confiscated altered "T" shirt was taken to the shift office with a DOC-0300.

**Witness(es):**

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

Reporting Employee (Print Name): Sgt. Miller    Badge #: 10169    Signature: Sgt. Miller    Date: 11-11-14    Time: 7:35 ☐ a.m. ☒ p.m.

### Disciplinary Action:

**Shift Review:** ☒ Temporary Confinement ☐ Investigative Status    Reasons: [illegible]

Printed Name and Badge #: Major Linzy 741    Shift Supervisor's Signature: [signature]    Date: 11-11-14

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: Continue Confinement

☐ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #: Hamilton 10118    Reviewing Officer's Signature: [signature]    Date: 11-11-14

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #: Snee 10220    Hearing Investigator's Signature: [signature]    Date: 11-12-14

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

Offender's Signature: Morrell    ID#: [signature] Morrell

Serving Employee (Print Name): Morrell    Badge #: 9876    Signature: Morrell

Date Served: 11-12-14    Time Served: 7:10 ☒ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature: _____    ID#: _____

---

*(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)*

Date of Disciplinary Report: _____    Print offender's name: _____    ID#: _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

Page 1 of 1

Printed on Recycled Paper

Distribution: Master File, Offender

DOC 0317 (Rev. 2/2007)

Exhibit P