Tyler Walker (R-46032)
Western Illinois Correctional Center
2500 Route 99 South
Mount Sterling IL, 62353

CORRESPONDENCE
FROM INMATE OF IL
DEPT OF CORRECTION

US POSTAGE $02.74
ZIP 62353
011D11640229

Central District of Illinois
Springfield Division
151 U.S. Courthouse
600 E. Monroe Street, Springfield IL
62701

Legal Mail