To The Court-

Hello-

My name is Tyler Walker and I am filing a 1983 complaint and I have several John Doe Defendants in my case and I know I am supposed to serve a summons in the next stage of the filing. And I have very limited resourses while I am in prison. And the prison will not give me the names of the officers that were involved in the violations of my rights. So I was hopeing that the court could let me know how am I suppossed to proceed without being able to obtain this information.

Thank you for your time

Sincerly

Date: 10-9-15

FILED
NOV 12 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS