IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TYLER WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 15-3318 |
| | ) | |
| JEFFERY KORTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
PURSUANT TO MERIT REVIEW ORDER OF JULY 28, 2017**

Defendants, Jeffrey Korte and Robert Adams, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Local Rule 12.1 hereby file the instant Answer and Affirmative Defenses to the Merit Review Order of July 28, 2017, stating as follows:

**STATEMENT OF CLAIM**

1. This case shall proceed solely on the excessive force claims against Defendants Myers, Evens, and Habrich;

   **RESPONSE:** Defendants Korte and Adams lack knowledge as to the actions of Myers, Evens, and Habrich.

2. The unconstitutional strip search by Defendants Evens and Habrich;

   **RESPONSE:** Defendants Korte and Adams lack knowledge as to the actions of Evens and Habrich.

3. The failure to intervene by Defendants Korte and Adams;

   **RESPONSE:** Defendants Korte and Adams deny they violated the Eighth Amendment by unconstitutionally failing to intervene.

4. And retaliation by Defendants Mountain, Rine, Albert, Dodds, and Miller.

**RESPONSE: Defendants Korte and Adams lack knowledge as to the actions of Mountain, Rine, Albert, Dodds, and Miller.**

## REQUESTED RELIEF

Defendants deny Plaintiff is entitled to any relief.

## JURY DEMAND

Defendants demand trial by jury.

## AFFIRMATIVE DEFENSES

### A. Qualified Immunity

At all times relevant to Plaintiffs' claims, the Defendants acted in good faith in the performance of their official duties without violating clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

### B. Exhaustion

Plaintiff filed this lawsuit concerning prison conditions while in the custody of the Illinois Department of Corrections and failed to properly exhaust administrative remedies as to all claims prior to filing his suit. Plaintiff is therefore barred from continuing with certain claims by 42 U.S.C. 1997e(a).

### C. Statute of Limitations

To the extent Plaintiff's claims are more than two years old, they are barred by the applicable statute of limitations.

### D. *Respondeat Superior* Does Not Apply

Defendants cannot be held liable under the doctrine of *respondeat superior* for the actions or

omissions of any other person.

WHEREFORE, for the above and forgoing reasons, Defendants respectfully request that this Honorable Court deny Plaintiff's requested relief.

Respectfully submitted,

LISA MADIGAN,
Illinois Attorney General

By: s/ Megan Murphy
Megan Murphy #6300395
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3362
Fax: (217) 278-3370
Email: mmurphy@atg.state.il.us

**Certificate of Service**

I hereby certify that on October 5, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

N/A
and I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

Tyler Walker, R48022
Western Illinois Correctional Center
Inmate Mail/Parcels
2500 Rt 99 South
Mt Sterling, IL 62353

Respectfully submitted,

By:  s/ Megan E. Murphy
Megan E. Murphy, #6300395
Assistant Attorney General
1776 E. Washington St.
Urbana, IL 61802
Ph: (217) 278-3362
Fax: (217) 278-3370
Email: mmurphy@atg.state.il.us