# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Tyler Walker | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:15-cv-03318-SLD |
| Jeffery Korte, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Blake Hambrich                                                                                              .

Date: 11/17/2017

s/Megan Murphy
*Attorney's signature*

Megan E. Murphy #6300395
*Printed name and bar number*

Office of the Illinois Attorney General
1776 E. Washington St.
Urbana, IL 61802
*Address*

mmurphy@atg.state.il.us
*E-mail address*

(217) 278-3362
*Telephone number*

(217) 278-3370
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Tyler Walker | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:15-cv-03318-SLD |
| Jeffery Korte, et al. | ) | |
| *Defendant* | ) | |

## CERTIFICATE OF SERVICE

I certify that on  11/17/2017 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 N/A ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

 Tyler Walker, R48022, Western Illinois Correctional Center, 2500 Rt 99 South, Mt Sterling, IL 62353 .

s/Megan Murphy
*Attorney's signature*

Megan E. Murphy #6300395
*Printed name and bar number*

Office of the Illinois Attorney General
1776 E. Washington St.
Urbana, IL 61802
*Address*

mmurphy@atg.state.il.us
*E-mail address*

(217) 278-3362
*Telephone number*

(217) 278-3370
*Fax number*