IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TYLER WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 15-3318 |
| | ) |
| JEFFERY KORTE, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

I certify that on November 27, 2017, I served Defendants' Response to Plaintiff's Request of Admissions to Plaintiff at the address below, by first-class U.S. mail, together with this Certificate:

Tyler Walker, R48022
Western Illinois Correctional Center
Inmate Mail/Parcels
2500 Rt 99 South
Mt Sterling, IL 62353

Dated: November 27, 2017                    Respectfully submitted,

Lisa Madigan
Attorney General of the State of Illinois    By:   *s/   Megan Murphy*
                                                    Megan Murphy
                                                    Assistant Attorney General
                                                    Office of the Illinois Attorney General
                                                    1776 East Washington Street
                                                    Urbana, Illinois 61802
                                                    Phone: (217) 278-3362
                                                    E-Mail: mmurphy@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2017, I electronically filed the foregoing Certificate of Service of Discovery Documents, with the Clerk of Court using the CM/ECF system, and I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participants:

Tyler Walker, R48022
Western Illinois Correctional Center
Inmate Mail/Parcels
2500 Rt 99 South
Mt Sterling, IL 62353

                                            Respectfully submitted,

By:
       *s/     Megan Murphy*
       Megan Murphy
       Assistant Attorney General
       Office of the Illinois Attorney General
       1776 East Washington Street
       Urbana, Illinois 61802
       Phone: (217) 278-3362
       E-Mail: mmurphy@atg.state.il.us