IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TYLER WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 15-3318 |
| | ) | |
| JEFFERY KORTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT HAMBRICH'S ANSWER AND AFFIRMATIVE DEFENSES PURSUANT TO MERIT REVIEW ORDER OF JULY 28, 2017

Defendant, Blake Hambrich, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Local Rule 12.1 hereby files the instant Answer and Affirmative Defenses to the Merit Review Order of July 28, 2017, stating as follows:

### STATEMENT OF CLAIM

1. This case shall proceed solely on the excessive force claims against Defendants Myers, Evens, and Habrich;

   **RESPONSE:** Defendant Hambrich denies that he used excessive force in violation of the Eighth Amendment.

2. The unconstitutional strip search by Defendants Evens and Habrich;

   **RESPONSE:** Defendant Hambrich denies conducting an unconstitutional strip search in violation of the Eighth Amendment.

3. The failure to intervene by Defendants Korte and Adams;

   **RESPONSE:** Defendant Hambrich lacks knowledge as to the actions of Korte and Adams.

4. And retaliation by Defendants Mountain, Rine, Albert, Dodds, and Miller.

   **RESPONSE: Defendant Hambrich lacks knowledge as to the actions of Mountain, Rine, Albert, Dodds, and Miller.**

## REQUESTED RELIEF

Defendant denies Plaintiff is entitled to any relief.

## JURY DEMAND

Defendant demands trial by jury.

## AFFIRMATIVE DEFENSES

A. **Qualified Immunity**

At all times relevant to Plaintiffs' claims, the Defendant acted in good faith in the performance of his official duties without violating clearly established constitutional rights. Defendant is protected from liability by the doctrine of qualified immunity.

Respectfully submitted,

LISA MADIGAN,
Illinois Attorney General

By: s/ Megan Murphy
Megan Murphy #6300395
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3362
Fax: (217) 278-3370
Email: mmurphy@atg.state.il.us

**Certificate of Service**

      I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

N/A
and I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:


Tyler Walker, R48022
Western Illinois Correctional Center
Inmate Mail/Parcels
2500 Rt 99 South
Mt Sterling, IL 62353

                Respectfully submitted,


                By:   s/ Megan E. Murphy
                Megan E. Murphy, #6300395
                Assistant Attorney General
                1776 E. Washington St.
                Urbana, IL 61802
                Ph: (217) 278-3362
                Fax: (217) 278-3370
                Email: mmurphy@atg.state.il.us