IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TYLER WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 15-3318 |
| | ) | |
| JEFFERY KORTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT EVANS'S ANSWER AND AFFIRMATIVE DEFENSES PURSUANT TO MERIT REVIEW ORDER OF JULY 28, 2017

Defendant, Kenneth Evans, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Local Rule 12.1 hereby files the instant Answer and Affirmative Defenses to the Merit Review Order of July 28, 2017, stating as follows:

### STATEMENT OF CLAIM

1. This case shall proceed solely on the excessive force claims against Defendants Myers, Evens, and Habrich;

   **RESPONSE: Defendant Evans denies that he used excessive force in violation of the Eighth Amendment, and lacks knowledge as to the actions of Myers and Habrich.**

2. The unconstitutional strip search by Defendants Evens and Habrich;

   **RESPONSE: Defendant Evans denies conducting an unconstitutional strip search in violation of the Eighth Amendment, and lack knowledge as to the actions of Habrich.**

3. The failure to intervene by Defendants Korte and Adams;

   **RESPONSE: Defendant Evans lacks knowledge as to the actions of Korte and Adams.**

4. And retaliation by Defendants Mountain, Rine, Albert, Dodds, and Miller.

**RESPONSE:** Defendant Evans lacks knowledge as to the actions of Mountain, Rine, Albert, Dodds, and Miller.

## REQUESTED RELIEF

Defendant denies Plaintiff is entitled to any relief.

## JURY DEMAND

Defendant demands trial by jury.

## AFFIRMATIVE DEFENSES

**A.  Qualified Immunity**

At all times relevant to Plaintiffs' claims, the Defendant acted in good faith in the performance of his official duties without violating clearly established constitutional rights. Defendant is protected from liability by the doctrine of qualified immunity.

Respectfully submitted,

LISA MADIGAN,
Illinois Attorney General

By: s/ Megan Murphy
Megan Murphy
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3362
Fax: (217) 278-3370
Email: mmurphy@atg.state.il.us

**Certificate of Service**

       I hereby certify that on March 12, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

N/A

and I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

Tyler Walker, R48022  
Western Illinois Correctional Center  
Inmate Mail/Parcels  
2500 Rt 99 South  
Mt Sterling, IL 62353

                                    Respectfully submitted,

                                    By:  <u>s/ Megan E. Murphy</u>  
                                    Megan E. Murphy  
                                    Assistant Attorney General  
                                    1776 E. Washington St.  
                                    Urbana, IL 61802  
                                    Ph: (217) 278-3362  
                                    Fax: (217) 278-3370  
                                    Email: mmurphy@atg.state.il.us