IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TYLER WALKER, | ) |
|           Plaintiff, | ) )  Case No. 15-CV-3318 |
| vs. | ) |
| JEFFREY KORTE, et al., | ) |
|           Defendants. | ) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS

Now Comes Lisa Madigan, Attorney General of the State of Illinois, by Alan Remy Taborga, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of the Defendants, Robert Adams, Steven Albert, Terry Dodds, Kenneth Evans, Blake Haubrich, Jeffrey Korte, John Miller, Kyle Mountain, Brandon Myers, and William Rine in the above cause, substituting out all other attorneys who have appeared for the Defendants in this cause brought by the Plaintiff.

Dated: November 14, 2018

Lisa Madigan
Attorney General of the State of Illinois
*Counsel for Defendants*,
ROBERT ADAMS, STEVEN ALBERT,
TERRY DODDS, KENNETH EVANS,
BLAKE HAUBRICH, JEFFREY KORTE,
JOHN MILLER, KYLE MOUNTAIN,
BRANDON MYERS, and WILLIAM RINE

Respectfully submitted,

By:   s/   *Alan Remy Taborga*
     Alan Remy Taborga
     Assistant Attorney General
     Office of the Illinois Attorney General
     1776 East Washington Street
     Urbana, Illinois 61802
     Phone: (217) 278-3332
     E-Mail: ATaborga@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2018, I electronically filed the foregoing *Notice of Appearance and Substitution of Counsel for Defendants*, with the Clerk of Court using the CM/ECF system, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participant:

>Tyler Walker, #R-48022
>Western Correctional Center
>Inmate Mail/Parcels
>2500 Rt. 99 South
>Mt. Sterling, IL 62353

>Respectfully submitted,

By:    *s/   Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: ATaborga@atg.state.il.us