IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TYLER WALKER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 15-cv-3318 |
| KENNETH EVANS, *et al.*, | ) ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Tyler Walker, *pro se,* and the Defendants, Kenneth Evans and Blake Haubrich, by their attorney, KWAME RAOUL, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.
2. Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

_____  Date: 12-3-19
Plaintiff
Tyler Walker


s/ Megan Murphy  Date: 12/10/19
Megan Murphy
Assistant Attorney General
Attorney for Defendants
1776 E. Washington St.
Urbana, IL 61802
(217) 278-3362