E-FILED
Monday, 23 December, 2019  03:43:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TYLER WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 15-3318 |
| | ) | Hon. Judge Colin Sterling Bruce |
| JEFFERY KORTE, *et al.*, | ) | Hon. Magistrate Judge Eric I. Long |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

I certify that on <u>December 23, 2019</u>, I served the **Stipulation to Dismiss** to Plaintiff at the address below, by first-class U.S. mail, together with this Certificate:

>Tyler Walker, R48022
>Western Illinois Correctional Center
>Inmate Mail/Parcels
>2500 Rt 99 South
>Mt Sterling, IL 62353

Dated: December 23, 2019

Respectfully Submitted,

KWAME RAOUL,
Illinois Attorney General

By: s/ Megan E. Murphy
Megan E. Murphy
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3362
Fax: (217) 278-3370
Email: mmurphy@atg.state.il.us

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

N/A

and I certify that I have mailed by United States Postal Service, the document to the following CM/ECF non-participants:

> Tyler Walker, R48022
> Western Illinois Correctional Center
> Inmate Mail/Parcels
> 2500 Rt 99 South
> Mt Sterling, IL 62353

Respectfully Submitted,

By: s/ Megan E. Murphy
Megan E. Murphy
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3362
Fax: (217) 278-3370
Email: mmurphy@atg.state.il.us